## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-107 |
| ) | |
| FLOYD DeBERRY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Floyd DeBerry (DE # 17,) filed on August 28, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Floyd DeBerry's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1). The previously scheduled sentencing date of December 17, 2008, at 12:30 P.M. (C.S.T.) is **AFFIRMED.**

SO ORDERED.

**DATED: September 11, 2008**     /s/RUDY LOZANO, Judge
                                  **United States District Court**